B6F (Official Form 6F) (12/07)

In re **Jorge L. Paneque,**            Case No. **13-25816**
     **Belkis Paneque**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>55 River Walk Place<br>55 Riverwalk Place<br>West New York, NJ 07093 | | J | 2/16/12<br>**Outstanding Rent Obligations** | | | X | **1,609.00** |
| Account No. **xxxx0001**<br><br>Banco Popular<br>120 Broadway 16 FL<br>New York, NY 10271 | | J | 01/1997<br>**Consumer Debt** | | | | **7,078.00** |
| Account No. **xxxx5466**<br><br>Bank of America<br>PO Box 982235<br>El Paso, TX 79998 | | J | 11/1995<br>**Consumer Debt** | | | | **8,535.00** |
| Account No. **xxxxxxxxxxxxxxxx0006**<br><br>Bergen County Clerk<br>1 Bergen County Pl<br>Hackensack, NJ 07601 | | J | 10/2002<br>**Notice Only** | | | | **0.00** |

  **6**   continuation sheets attached                    Subtotal (Total of this page)    **17,222.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jorge L. Paneque,**
**Belkis Paneque**
_____,
Debtors

Case No. **13-25816**

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1077** <br><br> **Capital One** <br> **PO Box 85015** <br> **Richmond, VA 23285** | | J | **05/2003** <br> **Consumer Debt** | | | | **5,468.00** |
| Account No. **xxxx1070** <br><br> **Capital One** <br> **PO Box 85520** <br> **Richmond, VA 23285** | | J | **12/2001** <br> **Consumer Debt** | | | | **2,441.00** |
| Account No. <br><br> **Celestino Francisco** <br> **427 - 65th Street** <br> **North Bergen, NJ 07047** | | H | **Incurred Over 10 Years Ago** <br> **Personal Loan. Debtor borrowed $385,000 and repaid $510,499** | | | | **0.00** |
| Account No. **xxxx5441** <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | J | **07/2012** <br> **Consumer Debt** | | | | **5,923.00** |
| Account No. **xxxxxxxx71-12** <br><br> **Crown Bank** <br> **c/o Alberto Ulloa PC** <br> **1435 Morris Avenue Ste. 3F** <br> **Union, NJ 07083** | | J | **Notice Only** | | | | **0.00** |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **13,832.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jorge L. Paneque,**
**Belkis Paneque**
_____,
Debtors

Case No. __**13-25816**__

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Crown Bank Line of Credit**<br>**1217 Bergenline Avenue**<br>**Union City, NJ 07087** | | - | **Loan for business (2009-2010)** | | | | **107,000.00** |
| Account No.<br>**Dade County Courthouse**<br>**38053 Live Oak Ave**<br>**Dade City, FL 33523** | | H | **11/2006**<br>**Notice Only** | | | | **0.00** |
| Account No. **xxxx1325**<br>**Discover Fin Serv**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | | J | **03/1997**<br>**Consumer Debt** | | | | **6,642.00** |
| Account No.<br>**Eric S. Medina Esq.**<br>**c/o Estate of Basilio Villareal**<br>**405 Lexington Ave 7FL**<br>**New York, NY 10174** | | H | **Incurred since 3/21/2003**<br>**Personal Loan. Initially Borrowed $593,000.**<br>**Paid back over $947,015.** | | | | **0.00** |
| Account No. **xxxx3510**<br>**Fair Collection &**<br>**Outsourcing**<br>**12304 Baltimore Ave., Suite #E**<br>**Beltsville, MD 20705** | | J | **03/2012**<br>**Notice Only**<br>**Agent for Capital One** | | | | **0.00** |

Sheet no. __**2**__ of __**6**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **113,642.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jorge L. Paneque,**
**Belkis Paneque**
_____,
Debtors

Case No. **13-25816**

**AMENDED**
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx0000<br><br>**First Data**<br>**4000 Coral Ridge Drive**<br>**Pompano Beach, FL 33065** | | J | 11/2011<br>Consumer Debt | | | | 1,254.00 |
| Account No.<br><br>**German Francisco**<br>**617 81st Street**<br>**North Bergen, NJ 07047** | | H | Incurred Over 10 Years Ago<br>Personal Loan. Debtor borrowed $355,000.00 and repaid $624,196. | | | | 0.00 |
| Account No.<br><br>**Gregory Judge**<br>**49 Tonnele Avenue**<br>**Jersey City, NJ 07306** | | H | Incurred Over 3 Years Ago<br>Multiple Personal Loans. Debtor borrowed $2,863,000.00 and repaid $1,000,000.00, Debtor believes creditor has waived the balance of his claims. | | | | 0.00 |
| Account No.<br><br>**Kenneth & Doris Marino**<br>**362 Rowald Court**<br>**Oradell, NJ 07649** | | H | Incurred Over the Last 3 Years<br>Personal Loan. Debtor borrowed $120,000.00 and repaid $70,000.00 | | | | 50,000.00 |
| Account No.<br><br>**Lakeland Bank**<br>**c/o Leclairryan**<br>**One Riverfront Plaza**<br>**1037 Raymond Blvd. 16th Floor**<br>**Newark, NJ 07102** | | H | Notice Only - Former mortgagee. Note purchased by UCNJ Capital LLC | | | | 0.00 |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **51,254.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jorge L. Paneque,**
**Belkis Paneque**
_____,
Debtors

Case No. **13-25816**

**AMENDED**
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Luis Agudo**<br>**42 Snyder Road**<br>**Englewood Cliffs, NJ 07632** | | H | **Incurred Over 3 Years Ago**<br>**Personal Loan. Debtor borrowed $457,000.00 and repaid $150,000.00** | | | | 307,000.00 |
| Account No. **xxxx3375**<br><br>**Macys**<br>**7 W Seventh St**<br>**Cincinnati, OH 45202** | | J | **03/2003**<br>**Consumer Debt** | | | | 1,035.00 |
| Account No. **xx8695**<br><br>**Mercer County Clerk**<br>**209 S Broad St Rm 100**<br>**Trenton, NJ 08608** | | H | **10/2011**<br>**Notice Only** | | | | 0.00 |
| Account No.<br><br>**Orchard Bank**<br>**PO Box 60501**<br>**City of Industry, CA 91716** | | H | **Consumer Debt** | | | | 3,477.00 |
| Account No. **xxxx0208**<br><br>**Orchard/Ballys**<br>**c/o Forster, Garbus & Garbus**<br>**7 Banta Place**<br>**Hackensack, NJ 07601** | | H | **Incurred Over 3 Years Ago**<br>**Notice Only** | | | | 0.00 |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

311,512.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jorge L. Paneque,**
       **Belkis Paneque**
_____,
                                    Debtors

Case No. __**13-25816**__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0208**<br>**Portfolio Recovery**<br>**120 Corporate blvd**<br>**Norfolk, VA 23502** | | J | **11/2012**<br>**Notice Only**<br>**Agent for Capital One** | | | | 0.00 |
| Account No. **xxxx2069**<br>**Sears**<br>**133200 Smith Rd**<br>**Cleveland, OH 44130** | | J | **11/1994**<br>**Consumer Debt** | | | | 3,154.00 |
| Account No. **xxxx8443**<br>**Staples**<br>**PO Box 689020**<br>**Des Moines, IA 50368** | | H | **Incurred Over the Last Year**<br>**Business Debt** | | | | 14,000.00 |
| Account No. **xxxxx7701**<br>**Thrift Invest. Co.**<br>**720 King Georges Post Rd**<br>**Fords, NJ 08863** | | J | **06/2009**<br>**Auto Loan Deficiency** | | | | 40.00 |
| Account No.<br>**Uriel Gomez**<br>**1504 - 79th Street**<br>**North Bergen, NJ 07047** | | H | **Incurred Over 3 Years Ago**<br>**Personal Loan. Debtor borrowed $308,000.00 and repaid $358,575.** | | | | 0.00 |

Sheet no. __**5**__ of __**6**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **17,194.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jorge L. Paneque,**           Case No. __**13-25816**__
     **Belkis Paneque**

_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx18-12**<br><br>**US Bank**<br>**c/o Sherman Silverstein Kohl Rose**<br>**Podolsky PA c/o Us Bank**<br>**308 Harper Drive, Suite 200**<br>**Moorestown, NJ 08057** | | H | **Notice Only** | | | | 0.00 |
| Account No. **xxxxx5557**<br><br>**Visa DSNB**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | J | **03/2003**<br>**Consumer Debt** | | | | 2,948.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**6**__ of __**6**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal (Total of this page)    **2,948.00**

                            Total (Report on Summary of Schedules)    **527,604.00**